U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 5 2016
CLERK, U.S. DISTRICT COURT
By ________ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | | No. 4:16-MJ- 420 |
| DIWONE NOBLES a.k.a. "Pooh" | (01) | |
| DEON BONNER a.k.a "Spanish Fly" | (02) | |
| CHAD JOHNSON a.k.a. "Chad Ocho Hood Fame" | (03) | |
| STANLEY JOHNSON a.k.a. "Pee Wee" | (04) | |
| AUDREY LANE a.k.a. "Spud" | (05) | |
| ALVIN LANE a.k.a. "Spank" | (06) | |
| JESSICA ARNOLD | (07) | |
| SERRAH ARNOLD a.k.a. "Kristen" | (08) | |

**CRIMINAL COMPLAINT**

I, Special Agent John Kochan, hereafter identified as your Affiant in the undersigned Complaint, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**BACKGROUND**

I am a Special Agent with the Department of Homeland Security (DHS) - Homeland Security Investigations (HSI) assigned to the Office of the Special Agent-in-Charge, Dallas, Texas. This complaint is based on the following facts gathered through my investigation conducted in coordination with the Fort Worth (Texas) Police

Department's Tactical Investigations Division. Our investigation included the interviews of several victims and witnesses, investigative techniques such as administrative subpoenas and judicial search warrants, and through reports or other information relayed to me by other law enforcement agencies including, but not limited to: the Fort Worth Police Department, Arlington Police Department, and the Bureau of Alcohol, Tobacco, and Firearms (ATF).

## INTRODUCTION

1. I am currently assigned to the Human Trafficking and Human Smuggling Investigations Group which is a member of the North Texas Trafficking Task Force (NTTTF). I have been a Special Agent with DHS since 2009, and I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I have been a federal law enforcement agent since 1998, and I am currently assigned to the DHS - North Texas Trafficking Task Force (NTTTF). I have completed the Criminal Investigator Training Program (CITP) and ICE Special Agent Training (ICESAT) program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I have been trained and am responsible for conducting criminal investigations of alleged violations of federal law, with a focus on human trafficking.

2. As a criminal investigator for HSI, I have gained extensive training in the area of immigration law and human trafficking/human smuggling operations. I have been involved in the interviewing and debriefing of defendants, informants, and witnesses and other persons who have personal knowledge of human trafficking and/or who have personal knowledge of the amassing, spending, converting, transporting, distributing, laundering, and/or concealing of the proceeds of human trafficking. I have testified in judicial proceedings and prosecutions for violations of laws concerning the trafficking of persons. I have also investigated or participated in investigations including but not limited to, human trafficking/smuggling, narcotics trafficking, transnational criminal organizations (street gangs), homicide/death investigations, and money laundering. I routinely work with other law enforcement agencies on a cooperative basis; through these contacts, I have gained experience and knowledge in the investigation and prosecution of human traffickers and dismantling human trafficking organizations.

3. I have personally participated in this human trafficking investigation since November 13, 2015, and have obtained the facts set forth in this affidavit through my participation in the investigation described below by conducting interviews of victims and witnesses, from oral and written reports of other law enforcement officers, and from records, documents and other evidence obtained during this investigation. I have also relied on additional information provided by other law enforcement organizations including but not limited to: Fort Worth Police Department, Arlington Police Department, and ATF.

Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

4. This affidavit sets forth facts and suggests reasonable inferences from those facts, establishing that there is probable cause to believe that from on or about October 2013 to on or about April 21, 2016, in the Northern District of Texas Fort Worth Division, **Diwone NOBLES a.k.a. "Pooh", Deon BONNER a.k.a "Spanish Fly", Chad JOHNSON a.k.a. "Chad Ocho Hood Fame", Stanley JOHNSON a.k.a. "Pee Wee", Audrey LANE a.k.a. "Spud", Alvin LANE a.k.a. "Spank", Jessica ARNOLD, and Serrah ARNOLD a.k.a. "Kristen"**, committed the offense(s) of Sex Trafficking of Children, in violation of 18 U.S.C. § 1591(a), Sex Trafficking of Adults Through Force, Fraud, or Coercion 18 U.S.C. § 1591(a), and/or Conspiracy to Engage In Child Sex Trafficking 18 U.S.C. § 1594(c).

**PROBABLE CAUSE**

5. On November 2, 2015, your Affiant met with the Fort Worth Police Department Tactical Investigations Division in reference to a 16-year-old female (hereafter referred to as Minor Victim 1 (MV1)), who was a suspected victim of human trafficking in the Fort Worth, Texas area. Your Affiant has conducted this investigation jointly with the Fort Worth Police Department Tactical Investigations Division and ATF.

6. On November 30, 2015, your Affiant interviewed MV1's mother who advised that she believed her daughter (MV1) was involved in commercial sex at several of the hotels located along Interstate 35W in Fort Worth, Texas. MV1's mother stated that she was able to track MV1's cellphone location through MV1's mother's Sprint cellphone account, and that MV1's mother had observed MV1's cellphone at several of the hotels located along Interstate 35W for several days at a time. MV1's mother stated that she had also conducted a "Google search" for her daughter's phone number and observed several Backpage.com ads and Internet websites with photos of her daughter wearing only her bra and underwear advertising commercial sex.

7. Your Affiant interviewed MV1 on several occasions during which MV1 has advised that she engaged in commercial sex acts at the direction of Suspects **Deon BONNER, Chad JOHNSON, and Diwone NOBLES** while staying at the Quality Inn Motel located on Gemini Place in Fort Worth, Texas and the Super 8 Motel located on North Beach Street in Fort Worth, Texas for several days in October 2015. MV1 also advised that at the time she was engaging in commercial sex acts, she was 16 years old and that **Deon BONNER, Chad JOHNSON, and Diwone NOBLES** knew her correct age because she had told them. MV1 further advised that while she was engaging in commercial sex acts at the direction of Suspects **Deon BONNER, Chad JOHNSON, and Diwone NOBLES** there were several additional females under the age of 18 engaging in commercial sex acts at their direction as well.

8. During the interviews, MV1 advised that **Deon BONNER and Diwone NOBLES** would contact Suspects **Alvin LANE and Jessica ARNOLD** in order to facilitate the placement of advertisements for commercial sex on Backpage.com, and that **Jessica ARNOLD** would post the ads using her email account. MV1 advised that **Deon BONNER and Diwone NOBLES** would pay **Jessica ARNOLD** $100 cash in order to have her post the Backpage.com ads. MV1 advised that **Deon BONNER** had taken the photos of MV1 that were repeatedly used in several of the Backpage.com ads posted by **Deon BONNER and Chad JOHNSON**, but that **Diwone NOBLES** used photos of a female similar in appearance to MV1 for the Backpage.com ads that he had posted. The photos in the ads placed by **Deon BONNER and Chad JOHNSON** are the same photos that MV1's mother had observed when she searched for her daughter's phone number on Google.

9. Your Affiant has located and documented numerous advertisements for commercial sex via subpoena from Backpage.com, A Sexy Service, Evil Empire, and Eccie.net in which your Affiant has observed photos of MV1 that contained contact phone numbers to arrange commercial sex that through the use of cellphone toll records, subscriber information, and investigative inference can be directly attributed to **Deon BONNER, Chad JOHNSON, and Diwone NOBLES**. Your Affiant has observed that the email address accounts used to post the Backpage.com ads for MV1 can be directly attributed through investigative inference to **Jessica ARNOLD and Suspect Chad JOHNSON**.

10. During the interview, MV1 advised that she was told to charge $120 dollars for half an hour and $180 dollars for a full hour for commercial sex acts by each of the three men causing her to engage in commercial sex acts. MV1 advised that **Deon BONNER, Chad JOHNSON, and Diwone NOBLES** kept all of the money MV1 had received from engaging in commercial sex acts. MV1 also said that she has engaged in sexual intercourse with **Deon BONNER and Diwone NOBLES** in October 2015. MV1 advised that while engaging in commercial sex acts at the direction of **Chad JOHNSON, JOHNSON** raped her. MV1 advised that she feared **Diwone NOBLES** and **Chad JOHNSON** because she had observed both individuals become violent when angry. MV1 advised that she observed **Diwone NOBLES** and **Chad JOHNSON** get into a physical fight when MV1 was at **Jessica ARNOLD's** house with **Diwone NOBLES**. MV1 said that she also observed **Chad JOHNSON** physically assault another female identified as "Nene" on several occasions when "Nene" did not follow **Chad JOHNSON's** instructions, which caused MV1 to be afraid **Chad JOHNSON** would do the same to MV1 if she did not follow **Chad JOHNSON's** instructions.

11. Your Affiant has conducted several photo lineups with MV1. MV1 positively identified: **Deon BONNER, Diwone NOBLES, Chad JOHNSON, Stanley JOHNSON, Jessica ARNOLD, Audrey LANE, and Alvin LANE.**

12. Your Affiant conducted also several interviews of Minor Victim 2 (hereafter referred to as MV2). MV2 is a 17-year-old female, who advised that she had engaged in commercial sex acts at the direction of Suspect **Stanley JOHNSON** during the month of October 2015. MV2 advised that **Stanley JOHNSON** would post advertisements for commercial sex containing photos and contact information for MV2 on Backpage.com. MV2 advised that all of the money she had earned by engaging in commercial sex acts was given to **Stanley JOHNSON**. MV2 has advised that she engaged in sexual intercourse with **Stanley JOHNSON** on several occasions.

13. Your Affiant has observed and documented numerous advertisements for commercial sex containing photos of MV2 that were obtained via subpoena from Backpage.com. Your Affiant has observed that the phone numbers contained in the Backpage.com ads through the use of cellphone subscriber information, contact/call/text records can be directly attributed to MV2 and **Stanley JOHNSON**. Your Affiant has observed that the email addresses used to post the ads for commercial sex on Backpage.com can be directly attributed through investigative inference to **Jessica ARNOLD** and MV2.

14. Your Affiant has conducted several photo lineups with MV2. MV2 has positively identified: **Deon BONNER, Chad JOHNSON, Diwone NOBLES, Stanley JOHNSON, and Audrey LANE**.

15. Your Affiant has conducted a consensual forensics examination of MV2's cellphone, which was being utilized by MV2 during the time period in which MV2 was engaging in commercial sex at the direction of **Stanley JOHNSON**. Your Affiant has observed and documented numerous text messages between **Stanley JOHNSON** and MV2 discussing commercial sex during the month of October 2015.

Your Affiant also observed a cellphone contact in MV2's list of contacts labeled "Chad." Your Affiant has conducted a public database search using the phone number for "Chad" and observed that the phone number for "Chad" returns several ads on various websites advertising commercial sex that contain the photographs of MV1 that MV1's mother observed. Your Affiant observed that these ads for commercial sex attributed to "Chad's" phone number were posted during the time period that MV1 advised she was engaging in commercial sex acts at the direction of **Chad JOHNSON**.

16. In addition, your Affiant conducted several interviews of victim/witness AV1. AV1 is an adult female who advised that she had engaged in commercial sex acts at the direction of **Diwone NOBLES, Chad JOHNSON, Audrey LANE, Alvin LANE, and Serrah ARNOLD**.

17. AV1 advised that while engaging in commercial sex acts at the direction of **Diwone NOBLES,** he would physically assault AV1 if she had made **NOBLES** angry or did not follow his instructions. AV1 advised that these assaults occurred frequently. AV1 advised that on one occasion **Diwone NOBLES** raped her.

AV1 advised that while she was engaging in commercial sex acts at the direction of **Diwone NOBLES,** he would keep all of the money that AV1 received from commercial sex acts. AV1 advised that during a trip to Austin, Texas, AV1 made enough money for **Diwone NOBLES** to purchase a blue Chevy sedan that **NOBLES** still owns to date but is now painted bright orange. AV1 advised that **Diwone NOBLES, Chad JOHNSON, and Audrey LANE** refer to this color as "Poly Orange" in reference to their neighborhood Polytechnic Heights. Your Affiant has observed the bright orange Chevy in numerous Facebook online postings on the accounts of **Diwone NOBLES, Chad JOHSON, and Audrey LANE**. Your Affiant has also observed the orange Chevy parked in front of what your Affiant believes to be the residence of **Diwone NOBLES** on several occasions. Your Affiant has also observed numerous advertisements for commercial sex that were obtained via subpoena from Backpage.com in which photos of AV1 are clearly visible. Your Affiant has observed that several of these Backpage.com ads were posted using an email address directly attributed through investigative inference to **Serrah ARNOLD, Jessica ARNOLD, Diwone NOBLES, Chad JOHNSON**, and AV1. Your Affiant has observed Backpage.com advertisements for commercial sex containing a phone number that through toll records/text messages/contact information and investigative inference is directly attributed to **Diwone NOBLES** as recently as March 25, 2016. Your Affiant has observed that the location advertised in these Backpage.com ads is Denton, Texas.

AV1 has identified the email address used to post advertisements for commercial sex with AV1's photos and contact information and has advised that this email address is controlled by **Diwone NOBLES and Chad JOHNSON**.

18. AV1 advised that while engaging in commercial sex acts at the direction of **Chad JOHNSON,** he would physically assault her if she did not follow his instructions. AV1 advised that on one occasion, **Chad JOHNSON** punched her in the ear hard enough to cause her eardrum to burst and bleed. AV1 advised that **Diwone NOBLES** was present on several occasions when **Chad JOHNSON** would physically assault her. AV1 advised that **Chad JOHNSON** raped her on several occasions, and on one particular occasion where **Chad JOHNSON** believed she had attempted to "renegade", **Chad JOHNSON** had several of his friend's gang rape AV1 as punishment for disobeying him. AV1 advised that "renegade" is a term used to describe attempting to engage in commercial sex acts for money outside of the knowledge or control of a pimp. AV1 advised that while engaging in commercial sex acts at the direction of **Chad JOHNSON**, he would keep all of the money that AV1 received from commercial sex.

19. Victim AV1 advised that while engaging in commercial sex acts at the direction of **Audrey LANE**, he would often have **Serrah Arnold** supervise AV1 and take the money that AV1 received from commercial sex acts. AV1 advised that **Serrah ARNOLD** is **Audrey LANE's** "Bottom Girl."

AV1 advised that **Serrah ARNOLD** was frequently violent with AV1 and would physically assault AV1 if AV1 did not do as she was instructed. AV1 advised that she frequently observed **Audrey LANE** get violent and physically assault **Serrah ARNOLD**.

20. Your Affiant has conducted several photo lineups with Victim AV1. AV1 has positively identified: **Diwone NOBLES, Chad JOHNSON, Deon BONNER, Audrey LANE, Alvin LANE, Jessica ARNOLD, and Serrah ARNOLD**.

21. Your Affiant has interviewed Victim/Witness MV4. MV4 is female who engaged in commercial sex acts at the direction of **Audrey LANE, Alvin LANE, Serrah ARNOLD, and Jessica ARNOLD**. At the time she began, MV4 was 17 years old. MV4 advised that **Audrey LANE, Alvin LANE, Serrah ARNOLD, and Jessica ARNOLD** knew how old MV4 was because MV4 had told them directly on several occasions.

22. MV4 advised that she first began engaging in commercial sex acts for money at the direction of her former girlfriend "Katie" and **Alvin LANE**. MV4 advised that she began engaging in commercial sex acts at the direction of **Alvin LANE** in 2013. Your Affiant has obtained a Fort Worth Police Department Report of Investigation dated in October 2013 that references MV4 engaging in commercial sex acts at the direction of **Alvin LANE**. MV4 advised that **LANE** would have his girlfriend/bottom girl **Jessica ARNOLD** post advertisements for commercial sex on Backpage.com with photos of MV4.

Your Affiant has observed numerous Backpage.com ads that were obtained via subpoena that contained images of MV4 that were posted under the email accounts directly attributed through investigative inference to **Jessica ARNOLD** and **Serrah ARNOLD**.

23. MV4 advised that during the time period in which she was engaging in commercial sex acts at the direction of **Audrey LANE** and **Alvin LANE**, MV4 would frequently be left to work under the supervision of **Serrah ARNOLD** and **Jessica ARNOLD**. MV4 advised that **Serrah ARNOLD** was **Audrey LANE's** "Bottom Girl" and **Jessica ARNOLD** was **Alvin LANE's** "Bottom Girl." MV4 advised that when she was left to engage in commercial sex acts for money under **Serrah ARNOLD** and **Jessica ARNOLD's** supervision, MV4 would give all of the money she received from commercial sex acts to **Serrah ARNOLD** or **Jessica ARNOLD**, who would then give the money to **Audrey LANE** or **Alvin LANE**. MV4 advised that on several occasions, she traveled to Austin, Texas with **Serrah ARNOLD** and **Jessica ARNOLD** to engage in commercial sex acts for money at local hotels located throughout the Austin, Texas area. MV4 advised that during these trips to Austin, she would give all of the money she received from commercial sex acts to **Jessica ARNOLD** or **Serrah ARNOLD**.

24. Your Affiant has conducted several photo lineups with MV4. MV4 has positively identified: **Audrey LANE, Alvin LANE, Serrah ARNOLD, Jessica ARNOLD, Deon BONNER, and Diwone NOBLES**.

25. Your Affiant has observed that **Jessica ARNOLD** has posted numerous advertisements for commercial sex on Backpage.com containing **ARNOLD's** photographs and contact information. Your Affiant has observed that the email address she used to post the aforementioned Backpage.com ads as recently as December 8, 2015 is the same email address used to post advertisements for commercial sex for MV1, MV2, Victim/Witness AV1, Victim/Witness MV4, and numerous other unidentified females engaging in commercial sex acts. Your Affiant has observed that **Jessica ARNOLD** has used this email address to post advertisements for commercial sex on Backpage.com for other unidentified females as recently as December 11, 2015. Your Affiant has observed that the location identified in the Backpage ads is the same area in which the victims advised they engaged in commercial sex acts at the direction of **Diwone NOBLES, Chad JOHNSON, Deon BONNER and Stanley JOHNSON**.

26. Your Affiant has observed that **Serrah ARNOLD** has posted numerous advertisements for commercial sex on Backpage.com containing **Serrah ARNOLD's** photographs and contact information. Your Affiant has observed that the email address she used to post the aforementioned Backpage.com ads is the same email address used to post advertisements for commercial sex for Victim/Witness AV1, Victim/Witness MV4, and numerous additional unidentified females engaging in commercial sex. Your Affiant has observed that **Serrah ARNOLD** continues to post advertisements for commercial sex on Backpage.com using this email address and has observed these advertisements as recently as January 30, 2016.

Your Affiant has obtained hotel receipts from the Super 8 Motel located on North Beach Street (Fort Worth, Texas) in **Serrah ARNOLD's** name as recently as February 2016. Your Affiant knows that this is the same hotel in which MV1 advised she engaged in commercial sex acts at the direction of **Diwone NOBLES**.

27. Your Affiant has identified the Facebook accounts of: **Diwone NOBLES, Chad JOHNSON, Deon BONNER, Stanley JOHNSON, Audrey LANE and Serrah ARNOLD**. Your Affiant has observed and documented several Facebook online "posts" that were visible to the public in which **Chad JOHNSON, Deon BONNER, and Audrey LANE** reference making a lot of money through criminal activity, namely "pimping." Your Affiant has also observed several photographs contained on **Chad JOHNSON's** Facebook account in which he is posing with large sums of US Currency while referencing commercial sex. Your Affiant has observed that many of these posts and photographs appear during the timeframe in which MV1 and MV2, were engaging in commercial sex at the direction of **Diwone NOBLES, Chad JOHNSON, Deon BONNER and Stanley JOHNSON**. Your Affiant has also observed a post directly from **Chad JOHNSON** to **Diwone NOBLES** in which **JOHNSON** directs **NOBLES** to contact him if he is ready to move up in the world of commercial sex (paraphrasing) and provides **NOBLES** with a phone number to contact him. Your Affiant has conducted a search of public databases using the phone number provided by **Chad JOHNSON** and has observed numerous ads for commercial sex that contained **JOHNSON's** phone number that were posted on Backpage.com during the time period in which MV1 was

engaging in commercial sex at the direction of **JOHNSON**. Your Affiant has observed that several of **Chad JOHNSON's** "Facebook Friends" are females that your Affiant has observed in Backpage.com advertisements for commercial sex. Your Affiant obtained the aforementioned Backpage.com ads via subpoenas for information related to **Chad JOHNSON's** phone numbers and email addresses directly attributed through investigative inference to **Serrah ARNOLD** and **Chad JOHNSON**. AV1 advised that in April of 2016 she created a fictitious Facebook account with photos of a young Hispanic female. AV1 advised that she contacted **Diwone NOBLES** via Facebook messenger and engaged him in text conversation. AV1 advised that during these text conversations **NOBLES** made several statements that AV1 interpreted as **NOBLES** attempting to recruit her for commercial sex.

28. Your Affiant has observed that **Diwone NOBLES, Chad JOHNSON, Deon BONNER, Stanley JOHNSON, Audrey LANE, Alvin LANE, Jessica ARNOLD and Serrah ARNOLD** operate as a criminal organization. MV1, MV2, AV1, and MV4 all report that they were "sold" back and forth between **Diwone NOBLES, Chad JOHNSON, Deon BONNER, Stanley JOHNSON, Audrey LANE and Alvin LANE**, and that while they were engaging in commercial sex acts at the direction of one individual, one or more of the other aforementioned individuals were usually present at the hotel in which they were engaging in commercial sex and would frequently watch over them if their respective pimp left them alone.

Your Affiant has observed that MV1, and MV2 were engaging in commercial sex acts for money at the Super 8 Motel on Gemini Place in Fort Worth on the same dates in October 2015, but at the direction of separate individuals named in this affidavit. MV1 and MV2 both advised that at the time they were engaging in commercial sex at the Super 8 Motel, **Diwone NOBLES, Chad JOHNSON, Deon BONNER, Stanley JOHNSON and Audrey LANE** were present at the hotel and were in constant communication. Additionally, MV1 and MV2 advised that **Diwone NOBLES and Chad JOHNSON** were directing **Deon BONNER and Stanley JOHNSON** on how to be a "real pimp." Your Affiant has observed that MV1, MV2, AV1, and MV4 all advise that **Diwone NOBLES, Chad JOHNSON, Deon BONNER and Stanley JOHNSON** all rely upon **Jessica ARNOLD and Serrah ARNOLD** to post advertisements for commercial sex on Backpage.com.

29. Your Affiant has also observed that **Chad JOHNSON, Diwone NOBLES, Stanley JOHNSON, Audrey LANE and Deon BONNER** have several photographs on their Facebook pages in which they can be observed flashing what your Affiant recognizes through his training, knowledge, and experience to be gang signs referencing the "Polywood Crips" street gang.

## CONCLUSION

30. Based on the foregoing facts and circumstances, I respectfully submit that there is probable cause to believe that beginning on or about October, 2013 and continuing through approximately April 21, 2016 within the Northern District of Texas – Fort Worth Division and elsewhere, **Diwone NOBLES a.k.a. "Pooh", Deon BONNER a.k.a "Spanish Fly", Chad JOHNSON a.k.a. "Chad Ocho Hood Fame", Stanley JOHNSON a.k.a. "Pee Wee", Audrey LANE a.k.a. "Spud", Alvin LANE a.k.a. "Spank", Jessica ARNOLD, and Serrah ARNOLD a.k.a. "Kristen"**, committed the offense(s) of Sex Trafficking of Children, in violation of 18 U.S.C. § 1591(a), Sex Trafficking of Adults Through Force, Fraud, or Coercion 18 U.S.C. § 1591(a), and Conspiracy to Engage In Child Sex Trafficking 18 U.S.C. § 1594(c).

**[Remainder of page intentionally left blank]**

In reference to Sex Trafficking of Children, in violation of 18 U.S.C. § 1591(a) being that several of the victims were minors described above were enticed into the commercial sex industry and did perform commercial sex acts at the direction of: **Diwone NOBLES a.k.a. "Pooh", Deon BONNER a.k.a "Spanish Fly", Chad JOHNSON a.k.a. "Chad Ocho Hood Fame", Stanley JOHNSON a.k.a. "Pee Wee", Audrey LANE a.k.a. "Spud", Alvin LANE a.k.a. "Spank", Jessica ARNOLD, and Serrah ARNOLD a.k.a. "Kristen."**

John M. Kochan
Special Agent
Department of Homeland Security
Homeland Security Investigations

Subscribed and sworn before me this 5th day of July, 2016 at 11:00 a.m./p.m. in Fort Worth, Texas.

JEFFREY CURETON
United States Magistrate Judge